**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**



Clerk, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

C 07      3570    **MMC**

RE:        **ARMEL HUNT vs. CARMEN CAROUSO**
USDC No.:   **1:07−CV−00916−OWW−SMS**

Dear Clerk,                                                  **(PR)**

Pursuant to the order transferring the above captioned case to your court, dated
June 29, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**June 29, 2007**          /s/  **M. Verduzco**
                          _____

                          Deputy Clerk

RECEIVED BY:
                          _____

                          Please Print Name

DATE RECEIVED:
                          _____

NEW CASE
NUMBER:
                          _____

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ARMEL HUNT,                                1:07-cv-00916-OWW-SMS (PC)

12            Plaintiff,

13      vs.                                     ORDER TRANSFERRING CASE

14   CARMEN CAROUSO,

15            Defendant.
                                        /
16

17         Plaintiff, a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42

     U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.
18
           The federal venue statute requires that a civil action, other than one based on diversity
19
     jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants
20
     reside in the same state, (2) a judicial district in which a substantial part of the events or omissions
21
     giving rise to the claim occurred, or a substantial part of the property that is the subject of the action
22
     is situated, or (3) a judicial district in which any defendant may be found, if there is no district in
23
     which the action may otherwise be brought." 28 U.S.C. § 1391(b).
24
           In this case, none of the defendants reside in this district. The claim arose in Napa County,
25
     which is in the Northern District of California. Therefore, plaintiff's claim should have been filed in
26
     the United States District Court for the Northern District of California. In the interest of justice, a
27
     federal court may transfer a complaint filed in the wrong district to the correct district. See 28
28

                                              1

1  U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

2          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

3  District Court for the Northern District of California.

4

5  IT IS SO ORDERED.

6  **Dated:  June 29, 2007**                    **/s/ Sandra M. Snyder**
                                               UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLOSED, PRISONER_CIVIL_RIGHTS

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00916-OWW-SMS

(PC) Hunt v. Carouso
Assigned to: Judge Oliver W. Wanger
Referred to: Magistrate Judge Sandra M. Snyder
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/26/2007
Date Terminated: 06/29/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

## Plaintiff

**Armel Hunt**

represented by **Armel Hunt**
2060259
NAPA STATE HOSPITAL
2100 NAPA-VALLEJO HIGHWAY
NAPA, CA 94558-6293
PRO SE

V.

## Defendant

**Carmen Carouso**
*Napa State Hospital Executive Director*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2007 | 1 | (1983) COMPLAINT against Carmen Carouso, filed by Armel Hunt. (Esteves, C) (Entered: 06/28/2007) |
| 06/26/2007 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Armel Hunt. (Esteves, C) (Entered: 06/28/2007) |
| 06/28/2007 | 3 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Esteves, C) (Entered: 06/28/2007) |
| 06/28/2007 | | SERVICE BY MAIL: 3 Prisoner New Case Documents for OWW served on Armel Hunt. (Esteves, C) (Entered: 06/28/2007) |
| 06/29/2007 | 4 | ORDER, CASE TRANSFERRED to District of Northern District of California signed by Judge Sandra M. Snyder on 06/29/07; CASE CLOSED. (Verduzco, M) (Entered: 06/29/2007) |
| 06/29/2007 | | SERVICE BY MAIL: 4 Order served on Armel Hunt. (Verduzco, M) (Entered: 06/29/2007) |
| 06/29/2007 | 5 | TRANSMITTAL of DOCUMENTS on *6/29/2007* to * Clerk, Northern |

| | | District of California* *450 Golden Gate Avenue* *San Francisco, CA 94102*. ** <br> *Electronic Documents: 1 to 4. *. (Verduzco, M) (Entered: 06/29/2007) |

<br>

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/06/2007 08:38:22 | | | |
| **PACER Login:** | us4077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-00916-OWW-SMS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |



FILED
JUN 26 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

A r M E L   H u N T
(Name of Plaintiff)

(Address of Plaintiff)
Napa State Hospital

vs.

Napa State Hospital
Executive Director

Carmen Sauce
(Names of Defendants)

(Case Number)

1: 07 CV 00 9 1 6 OWW SMS PC (PR)

COMPLAINT

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner:   ☐ Yes   ☒ No

B. If your answer to A is yes, how many?:   None   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff   A r M E L   H u N T

Defendants   Carouso , Carmen

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

3

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_None_

3. Docket Number _No Docket Number._

4. Name of judge to whom case was assigned _None._

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_None_

6. Approximate date of filing lawsuit _None_

7. Approximate date of disposition _None_

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?    ☒ Yes    ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?

☐ Yes    ☒ No

If your answer is no, explain why not _Because the office_
_of patient's rights. is for the State._

C. Is the grievance process completed?    ☐ Yes    ☒ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant _Carmen Carouso_ is employed as _Executive_
_Director_ at _____

B. Additional defendants _Napa State Hospital_
_2100 Napa Valley Highway_
_Napa, Ca, 94558-6298_
_____
_____
_____
_____

4

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Abuse's Staff on unit T-12 - Doctors and staff. do Discrimination for people who are Black, and metal ill. I am Not too Be test for Drogs, because I am M.D.O. My top out Date Was June 16, 07. They say my I half no right By law, of the lals will not have Tealment for me because. am Black. There is no way to challenging them.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would pray for the Court if I halle right by the law, and federal contiation by due process, my out dute. was June 16, 07 (D.S.L.)

Signed this 20 day of June, 2007.

armel Hunt
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

6-20-007
(Date)

armel Hunt
(Signature of Plaintiff)

5

6-23-07     Civil Right Statute
1: 07 009 160W SHS PC

Writ of Abuse:

The above entitled case, armel Hunt

To the Judge of District Court;

come now, I declare, unless penalty

of perjury that I am the plaintiff in th

information.

armel Hunt Petition for Writ of abuse by

Staffs on writ T-12. To filing a complaint

By armel Hunt;.

1. If I have no right by State law, or

By federal contiction?

2. If I am being disciplinary because

of being sick.

3. Being threaten By By Doc. becuse

of being mental ill.

4. Not being able to smoking

at all times.

Page Two
2

5o Have the police in the Hospital
Not too help with the Mental ill
But for Corent.

6o M.D. 0 – proceedings – no rights
By State law, or the federal constitution.

7o They saying there is no treatment
Because we are under the law of the
State.

8o there is not no law which
would meet need ? of up hold the
rights ? of not guilty by reason
or Insanity

9o plaintiff challenging the
Court, with the Forensic. Mental
Health Issues. and statute case
Summaries.

Page 3

10. I am challenging the conditions
of Napa State Hospital.

11. challenging the Executive Director
for holding me in place which
is too be close town.

12. The Director is holding
Me not by law!

13 I cannot them is Not a
Attorney:

    Date 6-22-07

    time a.m. 5.30

14. Medication which they say
are illegy so they can the
patients to Court. for said drugs.

15. they have all Drugs in Medic Box.

page
file

16. Discrimination for me being ~~metal~~
ill, and Black at the same time,

17. halle no right ~~by~~ the Dr's
and the Executive Director

I declare under the penalty of perjury
that the foreging is true to the Best
of my understand. Armel Hunt

6-20-7

(Note)

To the Judge of District court:
"Let those who have power rule in righteousness, and princes in judgment. And let him that is a judge be as an hiding -place from the wind, and a covert from the tempest; as rivers of water in a dry place; as the shadow of a great rock in a weary land. Then the vile person shall no more be called liberal; nor the churl bountiful; and the work of justice shall be peace; and the effect of justice, quiet and security; and wisdom and Knowledge shall be the stability of the times.

I pray to the court, the petition is for the upright.

Armel Hunt

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

Sacramento Clerk's Office                                           Fresno Clerk's Office
501 "I" Street , Suite 4−200                              2500 Tulare Street , Suite 1501
Sacramento, CA 95814                                                Fresno, CA 93721
916−930−4000                                                        559−499−5600

**June 28, 2007**

Case Number:  **1:07−CV−00916−OWW−SMS**

_____

Case Title:    **ARMEL HUNT,                  vs. CARMEN CAROUSO,**

_____


**Dear Litigant,**

   You are hereby notified that the above case number has been assigned to your
action.  You are to include it on all correspondence (i.e. letters, pleadings, and inquiries)
sent to the court. Failure to do so results in delayed processing of your documents.

   All matters in this action shall be sent to the following address until further notice:

**Office of the Clerk**
**United States District Court**
**Eastern District of California**
**2500 Tulare Street , Suite 1501**
**Fresno, CA 93721**

   For timely processing of your pleadings or correspondence, please comply with our
Local Rules of Court, in particular:

   <u>Local Rule 5−133</u> The court requires an <u>original plus one copy</u> of all pleadings,
motions, correspondence, etc., sent for filing.   If you desire to receive a conformed copy for
your records, you must send a third copy of your pleading and a pre−addressed postage−
paid envelope for us to return your copy to you.

   <u>Local Rules 30−250, 33−250, 34−250 and 36−250</u> Discovery requests or responses
should not be submitted to the court unless they are relevant and necessary to support or
oppose a motion at issue before the court.

   <u>Local Rule 5−135</u> Once the defendant(s) have served a responsive pleading, you are

under an ongoing duty to serve them with copies of all documents you submitted to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service. A sample proof of service is attached.

Local Rule 7-130 Documents submitted to the court must be legible, firmly bound at the top left corner, pre-punched with two (2) holes centered 2-¾" apart, ½ " from the top edge of the page and writing shall be on one (1) side of the page only.

Local Rule 7-132 Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page.

Local Rules 83-182 Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address by filing separate notice; absent such notice, service at prior address shall be fully effective.

**Other Provisions:**
A complete copy of the Local Rules should be available in the prison library.  We do not provide individual copies to litigants.

Request for Case Status The court will notify you as soon as any action is taken in your case.  Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

Copy Work The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from the Attorney's Diversified Service (ADS) by writing to them at: 741 N. Fulton Street, Fresno CA 93728, or by phoning 800-842-2695. The court will provide copies of docket sheets at $0.50 per page.  Note: In Forma Pauperis status does not include the cost of copies.

Proposed Orders Parties are not required to submit a proposed order when filing a motion. If a proposed order is submitted, the court may disregard the order and prepare its own order.

> Victoria C. Minor
> Clerk of Court
> United States District Court

> by: /s/ C. Esteves
> Deputy Clerk

The following is a sample Proof of Service.  Pursuant to Rule 5 of the F.R.Cv.P. and Local Rule 5–135, each document filed after the court orders service in your case shall be served on opposing counsel and a proof of service attached to your document filed with the court.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

_____

v.                                    **Case Number:**

_____

                                      **PROOF OF SERVICE**

_____ /

I hereby certify that on    _____, I served a copy

of the attached    _____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

_____:

**(List Name and Address of Each**
**Defendant or Attorney Served)**

I declare under penalty of perjury that the foregoing is true and correct.

                        _____
                        **(Signature of Person Completing Service)**

## NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE

## TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local Rule 73–305, the United States Magistrate Judges sitting in Sacramento and Fresno are available to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive proceedings in this action, including motions to dismiss, motions for summary judgment, a jury or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge is however, permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's case dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent to pursuant to 28 U.S.C. § 636(c) the assigned Magistrate Judge will hear all motions except those case dispositive motions set forth in 28 U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate Judge" is attached hereto for pro per use and attorney information. This form is available in fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers. This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's Office location.

| | |
|---|---|
| Office of the Clerk | Office of the Clerk |
| 501 I Street, Room 4–200 | 2500 Tulare Street , Suite 1501 |
| Sacramento, CA 95814 | Fresno, CA 93721 |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

__ARMEL HUNT,__

Plaintiff(s)/Petitioner(s),

vs.

CASE NO. __1:07-CV-00916-OWW-SMS__

__CARMEN CAROUSO,__

Defendant(s)/Respondents(s).

---

__IMPORTANT__
__IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.__

---

☐    __CONSENT__ TO JURISDICTION OF
__UNITED STATES MAGISTRATE JUDGE__

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____        Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner ( ) Defendant/Respondent
( ) Counsel for * _____

---

☐    __DECLINE__ OF JURISDICTION OF
__UNITED STATES MAGISTRATE JUDGE__

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____        Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner ( ) Defendant/Respondent
( ) Counsel for * _____

---

*If representing more than one party, counsel must indicate name of each party responding.*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Plaintiff

vs.

Defendant(s)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER**

**CASE NUMBER:** 2O6O5-9

I, _Carmel Hunt_, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:  ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. _Napa State Hospital_

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?    ☐ Yes    ☒ No

   a.  If the answer is "Yes" state the amount of your pay.

   b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.  _1975_

3. In the past twelve months have you received any money from any of the following sources?

   a.  Business, profession or other self-employment    ☐ Yes    ☒ No

   b.  Rent payments, interest or dividends    ☐ Yes    ☒ No

   c.  Pensions, annuities or life insurance payments    ☐ Yes    ☒ No

   d.  Disability or workers compensation payments    ☐ Yes    ☒ No

   e.  Gifts or inheritances    ☐ Yes    ☒ No

   f.  Any other sources    ☐ Yes    ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.non-hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?     ☐ Yes     ☒ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?                                ☐ Yes     ☒ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets?                          ☐ Yes     ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.


7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

there is no one i support.


I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

6-20-007                      armel Heind

DATE                        SIGNATURE OF APPLICANT


**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at

_____ (name of institution).  I further certify that during the past six months

the applicant's average monthly balance was $_____.  I further certify that during the past six months the

average of monthly deposits to the applicant's account was $_____.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____        _____

DATE                        SIGNATURE OF AUTHORIZED OFFICER

ifpform.non-hab (rev. 7/02)

**CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

6/21/2007
11:40:04AM

**NAPA STATE HOSPITAL**
**TRUST ACCOUNT / CASHIERS' SYSTEM II**
Patient Ledger Report

Page 1 of 1

2060259    HUNT, ARMEL

|    | TransDate  | Doc No.    | Comment                             | Withdrawl | Deposit  | Balance |
|----|------------|------------|-------------------------------------|-----------|----------|---------|
| 1  | 01/25/2007 | 18-074594  | $12.50 Receipts                     |           | $12.50   | $12.50  |
| 2  | 01/26/2007 | ENC-000072 | CC 1/29-2/5 ENC 72 $12.50           |           |          | $12.50  |
| 3  | 02/15/2007 | ENC-000072 | CANCEL ENC 72 $12.50                |           |          | $12.50  |
| 4  | 02/15/2007 | 17-000601  | CC 1/29-2/5/07 ENC 72/V601 $12.45   | $12.45    |          | $0.05   |
| 5  | 02/24/2007 | 18-074661  | $12.50 Receipts                     |           | $12.50   | $12.55  |
| 6  | 03/09/2007 | ENC-000085 | CC 3/12-3/19 ENC 85 $12.50          |           |          | $12.55  |
| 7  | 03/26/2007 | 18-074740  | $12.50 Receipts                     |           | $12.50   | $25.05  |
| 8  | 03/28/2007 | ENC-000085 | CANCEL ENC 85 $12.50                |           |          | $25.05  |
| 9  | 03/29/2007 | 17-000713  | CC 3/12-3/19/07 85/V713 $11.04      | $11.04    |          | $14.01  |
| 10 | 04/06/2007 | ENC-000102 | CC 4/9-4/16 ENC 102 $12.50          |           |          | $14.01  |
| 11 | 04/23/2007 | ENC-000102 | CANCEL ENC 102 $12.50               |           |          | $14.01  |
| 12 | 04/23/2007 | 17-000786  | CC 4/9-4/16/07 102/V786 $11.82      | $11.82    |          | $2.19   |
| 13 | 04/25/2007 | 18-074831  | $12.50 Receipts                     |           | $12.50   | $14.69  |
| 14 | 05/03/2007 | ENC-000115 | CC 5/7-5/14 #115 $12.50 X5/20       |           |          | $14.69  |
| 15 | 05/18/2007 | ENC-000123 | CC5/21-5/28 ENC123 X6/3 $2.19       |           |          | $14.69  |
| 16 | 05/23/2007 | ENC-000115 | CANCEL ENC 115 $12.50               |           |          | $14.69  |
| 17 | 05/23/2007 | 17-000883  | CC 5/7-5/14 ENC 115 $12.50 V883     | $12.50    |          | $2.19   |
| 18 | 05/25/2007 | 18-074918  | $12.50 Receipts                     |           | $12.50   | $14.69  |
| 19 | 06/01/2007 | ENC-000128 | CC6/4-6/11 ENC128 X6/17 $12.50      |           |          | $14.69  |
| 20 | 06/05/2007 | ENC-000123 | CANCEL ENC 123 $2.19                |           |          | $14.69  |
| 21 | 06/05/2007 | 17-000912  | CC5/21-5/28/07 ENC 123 $2.19 V912   | $2.19     |          | $12.50  |
| 22 | 06/20/2007 | ENC-000128 | CANCEL ENC 128 $12.50               |           |          | $12.50  |
| 23 | 06/20/2007 | 17-000956  | CC6/4-6/11/07 ENC128 $12.39 V956    | $12.39    |          | $0.11   |

TOTAL WITHDRAWLS / DEPOSITS:                                            $62.39      $62.50