IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEL HUNT, ) | No. C 07-3570 MMC (PR) |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| CARMEN CAROUSO, ) | |
| Defendant. ) | |

    Plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action on June 26, 2007, in the United States District Court for the Eastern District of California. On June 29, 2007, the action was ordered transferred to the Northern District of California, and on July 11, 2007, the action was filed in the Northern District of California. That same date, the Court notified plaintiff in writing that the action was deficient due to his failure to pay the requisite filing fee or, instead, submit a completed court-approved in forma pauperis ("IFP") application. In said notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. No response from plaintiff has been received.

    As more than thirty days have passed since the deficiency notice and plaintiff has not completed the IFP application or paid the filing fee, the above-titled action is hereby DISMISSED without prejudice.

    The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: August 29, 2007

_____
MAXINE M. CHESNEY
United States District Judge